No. 81–1853. SPUDNIK EQUIPMENT CO. *v.* GARZA, REP-
RESENTATIVE OF THE ESTATE OF GARZA, ET AL. C. A. 9th
Cir. Certiorari denied.

No. 81–1858. COBBS *v.* VIRGINIA. Cir. Ct. Henrico
County, Va. Certiorari denied.

No. 81–1867. COHEN *v.* KENTUCKY BAR ASSN. Sup. Ct.
Ky. Certiorari denied.

No. 81–1869. JOHNS-MANVILLE CORP. ET AL. *v.* LAM,
INC. C. A. 10th Cir. Certiorari denied.

No. 81–1870. BLUE DIAMOND COAL CO. ET AL. *v.*
UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1871. MECO, INC. *v.* SINNETTE, JUDGE, BOYD
CIRCUIT COURT, DIVISION II, ET AL. Sup. Ct. Ky. Certio-
rari denied.

No. 81–1879. DE VAULT *v.* MENOCAL ET AL. C. A. 9th
Cir. Certiorari denied.

No. 81–1883. UNITED AIR LINES, INC. *v.* SMALLWOOD.
C. A. 4th Cir. Certiorari denied.

No. 81–1884. STAFOS *v.* BELL. C. A. 10th Cir. Certio-
rari denied.

No. 81–1930. UNITED FRUIT & VEGETABLE CO., INC. *v.*
DIRECTOR OF THE FRUIT AND VEGETABLE DIVISION, MAR-
KETING SERVICE, UNITED STATES DEPARTMENT OF AGRI-
CULTURE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–1996. HOSPAH COAL CO. ET AL. *v.* CHACO EN-
ERGY CO. ET AL. C. A. 10th Cir. Certiorari denied.